# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
PENROW III, CHARLES F  § Case No. 13-06711
PENROW, DOROTHY J. §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on  . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH R. VOILAND_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-06711    RG    Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | PENROW III, CHARLES F | Date Filed (f) or Converted (c): | 02/21/13 (f) |
|  | PENROW, DOROTHY J. | 341(a) Meeting Date: | 03/25/13 |
| For Period Ending: | 08/10/13 | Claims Bar Date: | 08/06/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 |  | 0.00 | FA |
| 2. 39W606 N. Hyde Park, Geneva, IL | 317,443.00 | 0.00 | DA | 0.00 | FA |
| 3. timeshare -Bonne Venture | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. checking acct. - Fifth/Third Bank | 3,118.00 | 0.00 | DA | 0.00 | FA |
| 6. checking acct. - APGFCU | 194.00 | 0.00 | DA | 0.00 | FA |
| 7. checking acct. - Credit Union One | 20.00 | 0.00 | DA | 0.00 | FA |
| 8. savings acct - Credit Union One | 4,005.00 | 0.00 | DA | 0.00 | FA |
| 9. household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10. wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 11. life insurance - Met Life | 11.00 | 0.00 | DA | 0.00 | FA |
| 12. 401k - JP Morgan Chase | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 13. stock - Frank's Pizza and Grill, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. 2012 VW GTI | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 15. 1994 Honda Motorcycle | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. 2005 VW Golf TDI | 4,800.00 | 0.00 | DA | 0.00 | FA |
| 17. 1999 Ford Mustang | 634.00 | 0.00 | DA | 0.00 | FA |
| 18. 2000 Jeep Grand Cherokee | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 19. 2010 Ford Fusion | 12,000.00 | 0.00 |  | 0.00 | FA |
| 20. 2012 federal tax refund (u) | 0.00 | 3,262.00 |  | 3,262.00 | FA |
| 21. 2012 State tax refund (u) | 0.00 | 1,443.00 |  | 1,443.00 | FA |

Gross Value of Remaining Assets
| TOTALS (Excluding Unknown Values) | $420,725.00 | $4,705.00 |  | $4,705.00 | $0.00 |

(Total Dollar Amount in Column 6)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-06711   RG   Judge: MANUEL BARBOSA | Trustee Name:   JOSEPH R. VOILAND |
| Case Name: | PENROW III, CHARLES F | Date Filed (f) or Converted (c):   02/21/13 (f) |
| | PENROW, DOROTHY J. | 341(a) Meeting Date:   03/25/13 |
| | | Claims Bar Date:   08/06/13 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-06711 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | PENROW III, CHARLES F | | Bank Name: | Congressional Bank |
| | PENROW, DOROTHY J. | | Account Number / CD #: | *******0668 Checking Account |
| Taxpayer ID No: | *******0102 | | | |
| For Period Ending: | 08/10/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/10/13 | 20 | CHARLES F PENROW III<br>39W606 N. HYDE PARK<br>GENEVA, IL 60134 | | 1224-000 | 3,262.00 | | 3,262.00 |
| 05/10/13 | 21 | CHARLES F PENROW III<br>39W606 N. HYDE PARK<br>GENEVA, IL 60134 | | 1224-000 | 1,443.00 | | 4,705.00 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 4,695.00 |
| 07/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 4,685.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,705.00 | 20.00 | 4,685.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,705.00 | 20.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,705.00 | 20.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********0668 | 4,705.00 | 20.00 | 4,685.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,705.00 | 20.00 | 4,685.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     4,705.00     20.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.05c

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 10, 2013 |

Case Number: 13-06711  
Debtor Name: PENROW III, CHARLES F

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000001 070 7100-00 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $260.50 | $0.00 | $260.50 |
| 000002 070 7100-00 | Aberdeen Proving Ground Federal Credit Union (APGFCU) POB 1176 Aberdeen, MD 21001-6176 | Unsecured | | $17,564.63 | $0.00 | $17,564.63 |
| 000003 070 7100-00 | Nelnet on behalf of US Dept of Education 3015 South Parker Road Suite 400 Aurora, CO 80014 | Unsecured | | $56,637.83 | $0.00 | $56,637.83 |
| 000004 070 7100-00 | Credit Union 1 450 e. 22nd Street, Suite 250 Lombard, IL 60148 | Unsecured | | $10,021.83 | $0.00 | $10,021.83 |
| 000005 070 7100-00 | FIA CARD SERVICES, N.A. P O Box 982284 El Paso, TX 79998-2238 | Unsecured | | $8,207.86 | $0.00 | $8,207.86 |
| 000006 070 7100-00 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Unsecured | | $29,442.33 | $0.00 | $29,442.33 |
| 000007 070 7100-00 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $19,040.65 | $0.00 | $19,040.65 |
| 000008 070 7100-00 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $17,301.36 | $0.00 | $17,301.36 |
| 000009 070 7100-00 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $9,073.54 | $0.00 | $9,073.54 |
| | Case Totals: | | | $167,550.53 | $0.00 | $167,550.53 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-06711
Case Name: PENROW III, CHARLES F
 PENROW, DOROTHY J.
Trustee Name: JOSEPH R. VOILAND

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000002 | Aberdeen Proving Ground | $ | $ | $ |
| 000003 | Nelnet on behalf of US Dept of Education | $ | $ | $ |
| 000004 | Credit Union 1 | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000006 | Sallie Mae | $ | $ | $ |
| 000007 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000008 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000009 | eCAST Settlement Corporation, assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE