## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PENROW III, CHARLES F | § | Case No. 13-06711 |
| PENROW, DOROTHY J. | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 11/07/2013 in Courtroom 240,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/24/2013                    By: Kenneth S. Gardner
                                              Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PENROW III, CHARLES F | § | Case No. 13-06711 |
| PENROW, DOROTHY J. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,705.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 4,685.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,176.25 | $ 0.00 | $ 1,176.25 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 93.94 | $ 0.00 | $ 93.94 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,270.19 |
| Remaining Balance | $ | 3,414.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 167,550.53  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  2.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ 260.50 | $ 0.00 | $ 5.31 |
| 000002 | Aberdeen Proving Ground | $ 17,564.63 | $ 0.00 | $ 357.98 |
| 000003 | Nelnet on behalf of US Dept of Education | $ 56,637.83 | $ 0.00 | $ 1,154.32 |
| 000004 | Credit Union 1 | $ 10,021.83 | $ 0.00 | $ 204.25 |
| 000005 | FIA CARD SERVICES, N.A. | $ 8,207.86 | $ 0.00 | $ 167.28 |
| 000006 | Sallie Mae | $ 29,442.33 | $ 0.00 | $ 600.06 |
| 000007 | eCAST Settlement Corporation, assignee | $ 19,040.65 | $ 0.00 | $ 388.06 |
| 000008 | eCAST Settlement Corporation, assignee | $ 17,301.36 | $ 0.00 | $ 352.62 |
| 000009 | eCAST Settlement Corporation, assignee | $ 9,073.54 | $ 0.00 | $ 184.93 |

Total to be paid to timely general unsecured creditors   $ 3,414.81

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R.  Voiland
Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-06711-CAD
Charles F Penrow, III                                                     Chapter 7
Dorothy J. Penrow
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe             Page 1 of 2          Date Rcvd: Sep 25, 2013
                              Form ID: pdf006         Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2013.
db/jdb      +Charles F Penrow, III,    Dorothy J. Penrow,    39W606 N. Hyde Park,    Geneva, IL 60134-4927
20073666    +Azura Leasing,    PO Box 8206,    Kentwood, MI 49518-8206
20073668    +Cadence,    Mail Processing Center,    PO Box 739,    Moline, IL 61266-0739
20073669    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20073673    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
20073675    +Citi Cards,    Po Box 6497,    Sioux Falls, SD 57117-6497
20073676    +Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,    Westerville, OH 43081-2873
20073680     Delnor Community Hospital,    Mail Processing Center,    PO Box 739,    Moline, IL 61266-0739
20601316    +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
20073688    +First American Bank,    700 Busse Rd,    Elk Grove Vlg, IL 60007-2133
20236165    +Kane County Treasurer,    719 South Batavia Avenue,    Geneva, IL 60134-3000
20073690    +Pathology Consultants,    PO Box 724,    Geneva, IL 60134-0724
20073691     Randall M.C.B.C., LLC,    1051 Ketel Ave., Suite 200,    North Aurora, IL 60542
20073692     Randall M.C.B.D., LLC,    1051 Ketel Avenue, Suite 200,    North Aurora, IL 60542
20073696    +State Collection Service, Inc.,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
20073697    +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
20073698    +Us Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
20073699    +Vantiv Corp. Headquarters,    c/o Fifth Third Processing,    Solutions,    8500 Governors Hill Dr,
              Cincinnati, OH 45249-1384
20073700     Vantiv Corp. Headquarters,    85 Governors Hill Dr,    Cincinnati, OH 45249
20776562     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20489861     E-mail/Text: bankruptcygroup@apgfcu.com Sep 26 2013 00:58:46     Aberdeen Proving Ground,
              Federal Credit Union,    (APGFCU),    POB 1176,    Aberdeen, MD 21001-6176
20073665    +E-mail/Text: bankruptcygroup@apgfcu.com Sep 26 2013 00:58:46     Apg Fcu,    1321 Pulaski Hwy,
              Edgewood, MD 21040-1502
20581554    +E-mail/Text: group_legal@creditunion1.org Sep 26 2013 00:59:52     Credit Union 1,
              450 e. 22nd Street, Suite 250,    Lombard, IL 60148-6176
20073677    +E-mail/Text: group_legal@creditunion1.org Sep 26 2013 00:59:52     Credit Union 1,
              200 E Champaign Ave,    Rantoul, IL 61866-2940
20073679    +E-mail/Text: group_legal@creditunion1.org Sep 26 2013 00:59:52     Credit Union One A D,
              Po Box 200,    Rantoul, IL 61866-0200
20073681    +E-mail/Text: electronicbkydocs@nelnet.net Sep 26 2013 01:02:26     Dept Of Education/Neln,
              121 S 13th St,    Lincoln, NE 68508-1904
20073689    +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2013 01:31:03     Gecrb/Care Credit,
              950 Forrer Blvd,    Kettering, OH 45420-1469
20581099    +E-mail/Text: electronicbkydocs@nelnet.net Sep 26 2013 01:02:26
              Nelnet on behalf of US Dept of Education,    3015 South Parker Road Suite 400,
              Aurora, CO 80014-2904
20455791     E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2013 01:01:50
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
20073694    +E-mail/PDF: pa_dc_claims@salliemae.com Sep 26 2013 01:30:00     Sallie Mae,    Po Box 9500,
              Wilkes Barre, PA 18773-9500
20623650    +E-mail/PDF: pa_dc_claims@salliemae.com Sep 26 2013 01:30:03     Sallie Mae,    c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
20073701    +E-mail/Text: vci.bkcy@vwcredit.com Sep 26 2013 00:59:31     Vw Credit Inc,    1401 Franklin Blvd,
              Libertyville, IL 60048-4460
                                                                                    TOTAL: 12


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20073667*   +Azura Leasing,    PO Box 8206,    Kentwood, MI 49518-8206
20073671*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20073672*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20073670*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20073674*   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
20073678*   +Credit Union 1,    200 E Champaign Ave,    Rantoul, IL 61866-2940
20073682*   +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
20073683*   +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
20073684*   +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
20073685*   +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
20073686*   +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
20073687*   +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
20073693*    Randall M.C.B.D., LLC,    1051 Ketel Avenue, Suite 200,    North Aurora, IL 60542
20073695*   +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
20073702*   +Vw Credit Inc,    1401 Franklin Blvd,    Libertyville, IL 60048-4460
20776563*    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
20776564*    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
                                                                      TOTALS: 0, * 17, ## 0

```
District/off: 0752-1          User: vrowe            Page 2 of 2          Date Rcvd: Sep 25, 2013
                             Form ID: pdf006         Total Noticed: 32
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2013                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2013 at the address(es) listed below:
          Jay L Dahl    on behalf of Joint Debtor Dorothy J. Penrow Jaydahllaw@gmail.com
          Jay L Dahl    on behalf of Debtor Charles F Penrow, III Jaydahllaw@gmail.com
          Joseph Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Paul B. Fichter   on behalf of Creditor   Credit Union 1 pfichter@creditunion1.org,
           kwort@creditunion1.org;lmichel@creditunion1.org
                                                                        TOTAL: 5
```