UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PENROW III, CHARLES F | § | Case No. 13-06711 |
| PENROW, DOROTHY J. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

  4)  This case was originally filed under chapter   on   . The case was pending for   months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____     By:/s/JOSEPH R. VOILAND_____
                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ABERDEEN PROVING GROUND | | | | | |
| 000004 | CREDIT UNION 1 | | | | | |
| 000007 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000009 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | NELNET ON BEHALF OF US DEPT OF EDUC | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000006 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-06711 RG Judge: MANUEL BARBOSA | | | Trustee Name: | JOSEPH R. VOILAND | |
|---|---|---|---|---|---|---|
| Case Name: | PENROW III, CHARLES F | | | Date Filed (f) or Converted (c): | 02/21/13 (f) | |
| | PENROW, DOROTHY J. | | | 341(a) Meeting Date: | 03/25/13 | |
| For Period Ending: | 12/10/13 | | | Claims Bar Date: | 08/06/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. 39W606 N. Hyde Park, Geneva, IL | 317,443.00 | 0.00 | DA | 0.00 | FA |
| 3. timeshare -Bonne Venture | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. checking acct. - Fifth/Third Bank | 3,118.00 | 0.00 | DA | 0.00 | FA |
| 6. checking acct. - APGFCU | 194.00 | 0.00 | DA | 0.00 | FA |
| 7. checking acct. - Credit Union One | 20.00 | 0.00 | DA | 0.00 | FA |
| 8. savings acct - Credit Union One | 4,005.00 | 0.00 | DA | 0.00 | FA |
| 9. household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10. wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 11. life insurance - Met Life | 11.00 | 0.00 | DA | 0.00 | FA |
| 12. 401k - JP Morgan Chase | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 13. stock - Frank's Pizza and Grill, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. 2012 VW GTI | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 15. 1994 Honda Motorcycle | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. 2005 VW Golf TDI | 4,800.00 | 0.00 | DA | 0.00 | FA |
| 17. 1999 Ford Mustang | 634.00 | 0.00 | DA | 0.00 | FA |
| 18. 2000 Jeep Grand Cherokee | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 19. 2010 Ford Fusion | 12,000.00 | 0.00 | | 0.00 | FA |
| 20. 2012 federal tax refund (u) | 0.00 | 3,262.00 | | 3,262.00 | FA |
| 21. 2012 State tax refund (u) | 0.00 | 1,443.00 | | 1,443.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $420,725.00     $4,705.00     $4,705.00     $0.00

(Total Dollar Amount in Column 6)

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 16.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-06711   RG   Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | PENROW III, CHARLES F | Date Filed (f) or Converted (c): | 02/21/13 (f) |
| | PENROW, DOROTHY J. | 341(a) Meeting Date: | 03/25/13 |
| | | Claims Bar Date: | 08/06/13 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /         Current Projected Date of Final Report (TFR):  / /

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-06711 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | PENROW III, CHARLES F | Bank Name: | Congressional Bank |
| | PENROW, DOROTHY J. | Account Number / CD #: | *******0668  Checking Account |
| Taxpayer ID No: | *******0102 | | |
| For Period Ending: | 12/10/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/10/13 | 20 | CHARLES F PENROW III<br>39W606 N. HYDE PARK<br>GENEVA, IL  60134 | | 1224-000 | 3,262.00 | | 3,262.00 |
| 05/10/13 | 21 | CHARLES F PENROW III<br>39W606 N. HYDE PARK<br>GENEVA, IL  60134 | | 1224-000 | 1,443.00 | | 4,705.00 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 4,695.00 |
| 07/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 4,685.00 |
| * 08/31/13 | | CB | bank service fee | 2600-003 | | 10.00 | 4,675.00 |
| 11/06/13 | 001004 | Aberdeen Proving Ground<br>Federal Credit Union<br>(APGFCU)<br>POB 1176<br>Aberdeen, MD 21001-6176 | | 7100-000 | | 357.98 | 4,317.02 |
| 11/07/13 | 001001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Trustee Compensation | 2100-000 | | 1,176.25 | 3,140.77 |
| 11/07/13 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Trustee Expenses | 2200-000 | | 93.94 | 3,046.83 |
| 11/07/13 | 001003 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | | 7100-000 | | 5.31 | 3,041.52 |
| 11/07/13 | 001005 | Nelnet on behalf of US Dept of Education<br>3015 South Parker Road Suite 400<br>Aurora, CO 80014 | | 7100-000 | | 1,154.32 | 1,887.20 |
| 11/07/13 | 001006 | Credit Union 1<br>450 e. 22nd Street, Suite 250 | | 7100-000 | | 204.25 | 1,682.95 |

Page Subtotals         4,705.00         3,022.05

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-06711 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | PENROW III, CHARLES F | | Bank Name: | Congressional Bank |
| | PENROW, DOROTHY J. | | Account Number / CD #: | *******0668 Checking Account |
| Taxpayer ID No: | *******0102 | | | |
| For Period Ending: | 12/10/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Lombard, IL 60148 | | | | | |
| 11/07/13 | 001007 | FIA CARD SERVICES, N.A. | | 7100-000 | | 167.28 | 1,515.67 |
| | | P O Box 982284 | | | | | |
| | | El Paso, TX 79998-2238 | | | | | |
| 11/07/13 | 001008 | Sallie Mae | | 7100-000 | | 600.06 | 915.61 |
| | | c/o Sallie Mae Inc. | | | | | |
| | | 220 Lasley Ave. | | | | | |
| | | Wilkes-Barre, PA 18706 | | | | | |
| 11/07/13 | 001009 | eCAST Settlement Corporation, assignee | | 7100-000 | | 388.06 | 527.55 |
| | | of Chase Bank USA, N.A. | | | | | |
| | | POB 29262 | | | | | |
| | | New York, NY 10087-9262 | | | | | |
| 11/07/13 | 001010 | eCAST Settlement Corporation, assignee | | 7100-000 | | 352.62 | 174.93 |
| | | of Chase Bank USA, N.A. | | | | | |
| | | POB 29262 | | | | | |
| | | New York, NY 10087-9262 | | | | | |
| 11/07/13 | 001011 | eCAST Settlement Corporation, assignee | | 7100-000 | | 184.93 | -10.00 |
| | | of Chase Bank USA, N.A. | | | | | |
| | | POB 29262 | | | | | |
| | | New York, NY 10087-9262 | | | | | |
| * 12/10/13 | | Reverses Adjustment OUT on 08/31/13 | bank service fee reversal | 2600-003 | | -10.00 | 0.00 |

Page Subtotals 0.00 1,682.95

Ver: 16.05c

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-06711 -RG |
| Case Name: | PENROW III, CHARLES F |
| | PENROW, DOROTHY J. |
| Taxpayer ID No: | *******0102 |
| For Period Ending: | 12/10/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0668  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,705.00 | 4,705.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,705.00 | 4,705.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,705.00 | 4,705.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - *******0668 | | 4,705.00 | 4,705.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 4,705.00 | 4,705.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*